[redacted]

[redacted]

**Bobbie N. FRANKLIN, Claimant–Appellant,**

**v.**

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2007–7179.**

United States Court of Appeals, Federal Circuit.

March 11, 2008.

[redacted]

ON MOTION

*ORDER*

Upon consideration of Bobbie N. Franklin's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All pending motions are deemed moot.

(3) All sides shall bear their own costs.